UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Ex rel. BEVERLY TRAN,

    Plaintiff,

vs.                                                     Case No. 16-10291

DETROIT LAND BANK AUTHORITY,            HON. AVERN COHN
CITY OF DETROIT, MIKE DUGGAN,
WAYNE COUNTY CORPORATION,
TITLE SOURCE, INC., DETROIT
LAND BANK COMMUNITY DEVELOPMENT
CORPORATION,

    Defendants.
_____/

## JUDGMENT

In accordance with the Memorandum and Order entered on March 28, 2018, this case is **DISMISSED**.

Dated at Detroit, Michigan, this 29th, day of March, 2018.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

APPROVED:

                                                            BY: s/Teresa McGovern
                                                                DEPUTY CLERK

s/Avern Cohn
Hon. Avern Cohn
United States District Judge